**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alfonso PENALOZA–DUARTE,
Defendant–Appellant**

No. 14–41331
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/16/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Alfonso Penaloza–Duarte, Pro Se.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alfonso Penaloza–Duarte has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Penaloza–Duarte has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Penaloza–Duarte's motion for the appointment of new counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.